# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0079

———————————————

Darryl Coy Williams,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

May 3, 2024

Per Curiam.

Affirmed.

B.L. Thomas, Bilbrey, and Tanenbaum, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.